# DEX 1

# UNITED STATES DEPARTMENT OF LABOR
### OFFICE OF ADMINISTRATIVE LAW JUDGES
## Washington, DC

_____

**Issue Date: 13 August 2024**

OALJ Case Nos:  2023-SOX-00019
2023-SOX-00020

OSHA Case Nos.: 3-1760-22-121
3-1760-22-136

*In the Matter of:*

**LAWRENCE GLOSS AND TRAVIS ROSIEK,**
*Complainants,*

v.

**COMCAST,**
*Respondent.*

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF FEDERAL COURT ACTION

The above two matters were consolidated on April 18, 2023. These matters have been docketed for a hearing before the United States Department of Labor, Office of Administrative Law Judges (OALJ) for November 12 and November 13, 2024. Claimants bring their respective actions pursuant to the employee protection provisions of the Sarbanes-Oxley Act of 2002 (SOX) as amended by the Dodd-Frank Act, 18 U.S.C. § 1514A, and Section 1057 of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5567.

On August 9, 2024, Respondent filed a complaint in the U.S. District Court for the Eastern District of Virginia challenging the constitutionality of certain facets of this matter and seeking declaratory and injunctive relief.

On August 13, 2024, the parties moved pursuant to 29 C.F.R. § 18.33 for a stay of these proceedings pending the outcome of that litigation in District Court. The parties contend that:

> The Federal Court Matter should be resolved before the Parties are required to take any further action in the OALJ Matter, including additional document production, depositions of Respondent's current

and former employees, submissions of dispositive motions, and any hearing on the merits. Accordingly, a stay of the proceedings in this matter is warranted.

The parties have shown good cause for the requested relief as a stay of these proceedings is in the interests of justice and preservation of agency and party resources.

## **ORDER**

Upon consideration of the Joint Motion to Stay Proceedings Pending resolution of Federal Court Action, the Tribunal finds good cause for the relief requested, the Joint Motion is **GRANTED** and the proceedings in the above-captioned matters are **STAYED**, the hearing for this matter is **CANCELED**, and all pending deadlines for discovery are suspended pending resolution of the federal litigation captioned as *Comcast Corp. v. Dep't of Labor et al.,* Case No. Case No. 1:24-cv-01401 (E.D. Va.) (filed Aug. 9, 2024).

**SO ORDERED.**

 

 

 

**WILLIAM P. FARLEY**
Administrative Law Judge
Washington, D.C.